UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JESUS VILLANUEVA, | No. CV 12-7721 MWF (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| R. M. DIAZ, Warden | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 19, 2013

MICHAEL W. FITZGERALD
United States District Judge